UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| MELINDA BRUNER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CAUSE NO. 1:14-cv-00201-JTM-RBC |
| ) | |
| SIGNATURE HEALTHCARE, LLC ) | |
| d/b/a SIGNATURE HEALTHCARE OF ) | |
| FORT WAYNE, ) | |
| ) | |
| Defendant. ) | |

## STIPULATION TO DISMISS WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff and Defendant, by their respective counsel, hereby stipulate and agree that this cause of action should be dismissed with prejudice. The parties further stipulate and agree that no motion for costs and/or attorneys' fees will be brought by Plaintiff or Defendant with regard to the claims now dismissed herein, as each party will bear its own fees and costs.

Respectfully Submitted,                              Respectfully Submitted,


/s/ Christopher C. Myers                             /s/ Laurie Goetz Kemp
Christopher C. Myers & Associates                    Laurie Goetz Kemp
809 S. Calhoun St., Ste. 400                         Kightlinger Gray LLP
Fort Wayne, IN 46802                                 Bonterra Blvd., Ste. 200
Counsel for Plaintiff                                3620 Blackiston Blvd.
                                                     New Albany, IN 47150
                                                     Counsel for Defendant

1